James N. Cleary and Fannie Lurie, Suing on Behalf of Themselves and All Other Stockholders of Fox Film Corporation, Similarly Situated, and in the Right of Fox Film Corporation, Plaintiffs-Appellants, and Gustav Oppenheimer, Intervening Plaintiff, v. Charles W. Higley and Others, Defendants-Respondents, Impleaded with Winfield R. Sheehan and Others, Defendants.— Derivative stockholders' action brought for the benefit of Fox Film Corporation. Plaintiffs seek to recover from defendants all the profits made by the syndicate in the 240,000 shares of stock, totaling the sum of approximately $4,000,000, and the damage which they claim Fox Film Corporation suffered as a result of the issuance by it on April 17, 1930, of 1,600,000 shares of its class A stock. Judgment dismissing the complaint at the close of plaintiffs' case, without prejudice, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of The Corporation Counsel of the City of New York, for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Owners, Legally Entitled to Damages Caused by the Closing of a Portion of Old White Plains Road in Block 4595, in the Borough of the Bronx, City of New York. Paul Windels, as Corporation Counsel of the City of New York, Appellant; Elizabeth Downs and Others, Respondents.— Order confirming the final report of the commissioners of estimate and assessment in a proceeding to determine compensation due to certain claimants for damages caused by the closing of a portion of Old White Plains Road, borough of Bronx, New York city, unanimously affirmed, with costs and disbursements. No opinion. Present — McAvoy, O'Malley, Townley and Glennon, JJ.

4 East 72nd Street Corporation, Respondent, v. Cathleen V. Lowman, Appellant.— Action to recover certain sums of money payable under the provisions of three written leases demising to defendant, as lessee, premises consisting of the eleventh floor, servant's room 10 and room 11 in the building Nos. 4–10 East Seventy-second street, Manhattan. Order granting a partial summary judgment to the plaintiff and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Cathleen V. Lowman, Appellant, v. 4 East 72nd Street Corporation, Respondent.—Action to obtain a declaratory judgment that certain leases entered into between defendant, as landlord, and plaintiff, as tenant, on or about September 26, 1929, are unenforcible. Order, so far as appealed from, denying plaintiff's motion for judgment on the pleadings, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Albert I. Drayton, Appellant, v. Bank of New York and Trust Company, Respondent.—Action for conversion of trust funds. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.